UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CERTAIN UNDERWRITERTS AT | ) | |
| LLOYD'S LONDON, SUBSCRIBING TO | ) | |
| CERTIFICATE NO. 004029, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14CV00936 AGF |
| | ) | |
| PLAZA BANQUEUT CENTERS, INC., | ) | |
| d/b/a LIGHTS ON BROADWAY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This action is for a declaratory judgment with respect to the rights and obligations of

the parties pursuant to a commercial general liability policy issued by Plaintiff.   The

matter is now before the Court on Plaintiff's motion for leave to file a first amended

complaint.   The original complaint was filed on May 16, 2014, and asserted one policy

exclusion as a basis for denying defense and indemnity coverage.   The proposed amended

complaint adds several other grounds for Plaintiff's denial of benefits under the policy.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), courts should grant leave to

amend a pleading "freely . . . when justice so requires."   The Court believes that here,

Plaintiff should be permitted to amend its complaint as proposed.   No undue delay will

result, and the Court discerns no undue prejudice to Defendants.   A Case Management

Order has just been issued in the case.   The legal validity of Plaintiff's proposed new

claims can best be tested by means of a fully briefed motion to dismiss and/or motion for

summary judgment.   The Court has reviewed Defendants' motion for a hearing on

Plaintiff's motion for leave and does not believe that a hearing is necessary or would be

helpful to the Court's determination.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion for a hearing on Plaintiff's

motion for leave to file a first amended complaint is **DENIED**.   (Doc. No. 51.)

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to file a first

amended complaint is **GRANTED**. (Doc. No. 35.)

**IT IS FUTHER ORDERED** that the Clerk of Court shall separate the proposed

amended complaint that is attached as an exhibit to Plaintiff's motion and docket it as

Plaintiff's First Amended Complaint.


_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE


Dated this 22nd day of October, 2014.